AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| First South Bank | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   7:10-2097 |
| Fifth Third Bank, N.A., doing business as Fifth Third Bank and formerly known as and successor in interest of First Charter Bank and First Charter Corporation, First Charter Bank and First Charter Corporation | ) ) ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff *(name)* First South Bank recover from the defendant *(name)* Fifth Third Bank the amount of Two million, three hundred sixty-eight thousand, two hundred thirty-two dollars and 46/100 cents ($2,368,232.46) dollars in actual damages and Three hundred ninety-six thousand dollars in punitive damages $396,000.00 dollars, for a total amount of Two million, seven hundred sixty-four thousand, two hundred thirty-two dollars and 46/100 cents ($2,764,232.46) dollars, plus postjudgment interest at the rate of .11 %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❐ other:

This action was *(check one)*:

■ tried by a jury, the Honorable Mary G. Lewis presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

❐ decided by the Honorable

Date:   September 30, 2013

*CLERK OF COURT*

s/Fred W. Bostic
_____
*Signature of Clerk or Deputy Clerk*