*Garber Reporting Service*
*Certified Court Reporters*
*Post Office Box 12348*
*Columbia, South Carolina 29211*
*(803) 256-4500*

I.D. #57-1055589

Invoice No:                    09-11-201

Please show invoice number
on checks and correspondence

TO:
JOEL W. COLLINS, JR., ESQUIRE
COLLINS & LACY
1330 LADY STREET, SUITE 601
POST OFFICE BOX 12487
COLUMBIA, SOUTH CAROLINA 29211

received
10/17/11

DATE: _____ September 16, 2011

September 12, 2011                    Reporter: BRAD THOMAS

IN RE:    FIRST SOUTH BANK VS FIFTH THIRD BANK, N.A., DOING
          BUSINESS AS FIFTH THIRD BANK AND FORMERLY KNOWN AS
          AND SUCCESSOR IN INTEREST OF FIRST CHARTER BANK &
          FIRST CHARTER CORP., FIRST CHARTER BANK ETC.

DEPOSITION OF J. BENNETT GLASS
    ORIGINAL AND ONE COPY OF TRANSCRIPT        620.00
    COMPRESSED TRANSCRIPT                         0.00
    EXHIBIT COPIES                               10.50

                        TOTAL DUE      630.50

NOTE:  THANK YOU.

OC
WEL
Legal expenses
Re: Burton Creek
5/3 Bank

#003 90160

*Due & Payable upon receipt in Richland County, Columbia, SC*

fax# 803-256-1999
W-9 requested 10/25/11



**A. William Roberts, Jr. & Associates**
Court Reporting | Videography | Trial Presentation
6047 Tyvola Glen Circle
Charlotte, NC 28217
phone: (704) 573-3919 fax: (866) 390-3376
www.scheduledepo.com

Job #: 111025LAW
Job Date: 10/25/2011
Order Date: 10/25/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: FIRST SOUTH BANK

# Invoice

Invoice #: 173139
Inv.Date: 11/08/2011
Balance: $394.50

Bill To:
Robert F. Goings, Esq.
Goings Law Firm
914 Richland Street, Suite A-101
Columbia, SC 29201

Action: First South Bank
vs
Fifth Third Bank, et al
Action #: 7:10-2097-JMC
Rep: LAW
Cert: RPR, CRR

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|------|--------------------|-------------|-----------|--------|
| 1 | Emily Thomas | Original and one copy | $0.00 | $296.00 |
| 2 | Emily Thomas | Exhibits (Paper & PDF) | $0.00 | $18.50 |
| 3 | Emily Thomas | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 4 | Emily Thomas | Reporting Time | $0.00 | $70.00 |
| 5 | Emily Thomas | Shipping & Handling | $0.00 | $10.00 |

Comments:

received
11/15/11

Legal GL
#003

| | |
|---|---|
| Sub Total | $394.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $394.50 |
| Payment | $0.00 |
| Balance Due | $394.50 |

Federal Tax I.D.: 57-0762990       Terms: Net 30 Days Finance Charge @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.



Bill To:
Robert F. Goings, Esq.
Goings Law Firm
914 Richland Street, Suite A-101
Columbia, SC 29201

Deliver To:
Robert F. Goings, Esq.
Goings Law Firm
914 Richland Street, Suite A-101
Columbia, SC 29201

# Invoice

**REMIT TO:**

A. William Roberts, Jr. & Associates
234 Seven Farms Drive, Suite 210
Charleston, SC 29492

Invoice #: 173139
Inv.Date: 11/08/2011
Balance: $394.50
Job #: 111025LAW
Job Date: 10/25/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: FIRST SOUTH BANK



| | |
|---|---|
| Job #: | 111024LAW |
| Job Date: | 10/24/2011 |
| Order Date: | 10/24/2011 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | First South Bank |

# Invoice

| | |
|---|---|
| Invoice #: | 173188 |
| Inv. Date: | 11/09/2011 |
| Balance: | $1,096.40 |

**Bill To:**
Robert F. Goings, Esq.
Goings Law Firm
914 Richland Street, Suite A-101
Columbia, SC 29201

| | |
|---|---|
| Action: | First South Bank |
| | vs |
| | Fifth Third Bank, et al |
| Action #: | 7:10-2097-JMC |
| Rep: | LAW |
| Cert: | RPR, CRR |

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | James Christian Stevenson | Original and one copy | $0.00 | $743.70 |
| 2 | James Christian Stevenson | E-Transcript Hyperlinked Exhibits | $0.00 | $23.00 |
| 3 | James Christian Stevenson | ASCII-Minuscript PDF-ETran-Cond. w/index | $0.00 | $0.00 |
| 4 | Brenda Cobb | Original and one copy | $0.00 | $170.20 |
| 5 | Brenda Cobb | E-Transcript Hyperlinked Exhibits | $0.00 | $8.50 |
| 6 | Brenda Cobb | ASCII-Minuscript PDF-ETran-Cond. w/index | $0.00 | $0.00 |
| 7 | | Reporting Time | $0.00 | $140.00 |
| 8 | | Shipping & Handling | $0.00 | $11.00 |

**Comments:**

Received
11/15/11

*Legal GL
#003*

| | |
|---|---|
| Sub Total | $1,096.40 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,096.40 |
| Payment | $0.00 |
| Balance Due | $1,096.40 |

Federal Tax I.D.: 57-0762990     Terms: Net 30 Days Finance Charge @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Robert F. Goings, Esq.
Goings Law Firm
914 Richland Street, Suite A-101
Columbia, SC 29201

**Deliver To:**
Robert F. Goings, Esq.
Goings Law Firm
914 Richland Street, Suite A-101
Columbia, SC 29201

# Invoice

| | |
|---|---|
| Invoice #: | 173188 |
| Inv. Date: | 11/09/2011 |
| Balance: | $1,096.40 |
| Job #: | 111024LAW |
| Job Date: | 10/24/2011 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | First South Bank |

## REMIT TO:

A. William Roberts, Jr. & Associates
234 Seven Farms Drive, Suite 210
Charleston, SC 29492

 



**A. William Roberts, Jr. & Associates**
Court Reporting | Videography | Trial Presentation
6047 Tyvola Glen Circle
Charlotte, NC 28217
phone: (704) 573-3919 fax: (866) 390-3376
www.scheduledepo.com

Job #: 111118PMC
Job Date: 11/18/2011
Order Date: 11/18/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: First South Bank

# Invoice

Invoice #: 174418
Inv.Date: 12/12/2011
Balance: $344.25

**Bill To:**
Joel W. Collins, Jr., Esq.
Collins & Lacy, P.C.
PO Box 12487
Columbia, SC 29211

Action: First South Bank
vs
Fifth Third Bank, et al
Action #: 7:10-2097-JMC
Rep: PMC
Cert:

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|------|--------------------|-------------|-----------|--------|
| 1 | Jake Helder | E-Transcript as Copy | $0.00 | $328.00 |
| 2 | Jake Helder | PDF Scanned Exhibits | $0.00 | $16.25 |
| 3 | | E- Mailed Transcript and exhibits | $0.00 | $0.00 |

**Comments:**

received
12/12/11

Legal GL
#003 90160

| | |
|---|---|
| Sub Total | $344.25 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $344.25 |
| Payment | $0.00 |
| Balance Due | $344.25 |

Federal Tax I.D.: 57-0762990

Terms: Net 30 Days Finance Charge @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.



# Invoice

**Verbatim, Inc.**

Post Office Box 7123
Columbia, SC 29202
803.787.7242 (office)  866.800.7473 (fax)

| Date | Invoice # |
|------|-----------|
| 3/27/2012 | 12/1307/jbe |

| Bill To |
|---------|
| Robert F. Goings, Esquire |
| Goings Law Firm, LLC |
| 914 Richland Street, Suite A-101 |
| Columbia, South Carolina 29201 |

received
4/3/12

*Legal GL #003-90160*

| Description | Amount |
|-------------|--------|
| First South Bank | |
| vs | |
| Fifth Third Bank, NA, Doing Business as | |
| Fifth Third Bank and Formerly Known as | |
| and Successor in Interest of First Charter | |
| Bank and First Charter Corporation, | |
| First Charter Bank and First Charter Corporation | |
| Civil Action No. 7:10-2097-TMC | |
| | |
| Appearance Fee - 5 hours | 150.00 |
| Deposition of C. Mark Tyson (Son) March 13, 2012 | |
| Original & One Copy | 410.70 |
| Complimentary Condensed/Word Index | 0.00 |
| Exhibits - Black and White Copies | 40.25 |
| Scanned Exhibits | 28.75 |
| Electronically Delivered | |
| Real Legal Electronic Transcript | 0.00 |
| | |
| Deposition of Carlton Mark Tyson (Father)  March 13, 2012 | |
| Original & One Copy | 136.90 |
| Complimentary Condensed/Word Index | 0.00 |
| Exhibits - Black and White Copies | 13.30 |
| Scanned Exhibits | 9.50 |
| Electronically Delivered | |
| Real Legal Electronic Transcript | 0.00 |
| Read and Sign Package (Printed) | 5.55 |
| Free Local Delivery | 0.00 |

| Federal Tax ID #:20-1869575 | **Total** | $794.95 |
|-----------------------------|-----------|---------|
| A Monthly rebilling fee will be added to all accounts past 30 days. | | |

W-9 requested
info.verbatiminc.com

**ORIGINAL INVOICE**



**DEPOSITIONS**
*and Inc.*

*Since 1976.*

JOEL COLLINS, Esquire
COLLINS AND LACY
1330 LADY ST., 6TH FLOOR
P.O. BOX 12487
COLUMBIA, SC 29201

Invoice Number: 11 9842
Federal ID: 57-0628151
Invoice Date: 08/16/2012

---

**Terms: Payment Due Ten (10) Days After Invoice Date**

---

**Office:** SPARTANBURG    **Date Taken:** 07/23/2012    **Order Number:**

**Case:** FIRST SOUTH BANK VS. FIFTH THIRD BANK

**Location:** COLUMBIA, SC

| *Service Provided* | *Pages/Quantity* | *Total* |
|---|---|---|
| ATTORNEY COPY CHIP LYERLY | 296.00 | 666.00 |
| ATTORNEY COPY FRANK CALLISON | 176.00 | 396.00 |
| WITNESS COPY/ORIGINAL FRANK CALLISON | 1.00 | 6.50 |
| EXHIBITS | 120.00 | 18.00 |
| UPS/SHIPPING | 1.00 | 6.50 |

**Invoice Total:** $1,093.00

**COMMENTS:**
THANK YOU FOR THE OPPORTUNITY TO WORK WITH YOU ON THIS CASE!

*OK*
*wu*

received
8/27/12

Legal GL #003-90160

**101 Broadus Avenue • P.O. Box 10268 • Greenville, SC 29603**
**Phone (864) 235-3518 • Fax (864) 233-0037 • E-mail: info@depositionsand.com**

W-9 requested
678-4986



**Take One Productions**

2981 Surrey Road NW
Thomson, GA 30824
ph/fx: 706.595.5086
ping83@hotmail.com

# Invoice

1500-100

**Invoice Number** 120723-DC     **Job#** _____
**Date Invoiced** 7/26/2012     **Reporter** Marla O'Brien
**Deposition of** _W.C. Lyerly, III_
     **Location** offices of Collins & Lacy - Columbia, SC     **Taken on**    7/23/2012

First South Bank    **vs.**    Fifth Third Bank, NA, et al

**Case No(s):** 7:10-2097-JMC

**Invoice to** Collins & Lacy, PA (Joel W. Collins, Jr.)
    **Address** PO Box 12487
**City, State, Zip** Columbia, SC 29211       **Phone** _____

**HOURS**      **Scheduled Time** _____    **Start** _____    **End** _____
    Total Time _____   _Shown in H:M_
    Billed Hours _____   _Hours billed in 1/4-hour increments_

### FEES

| Comments | Quantity | Description | Fee |
|---|---|---|---|
| Charged in full if cancelled within 1 hr of scheduled start time. | 1.00 | **$100** – Setup/Appearance Fee - **X1.5** before or after normal hours. **X2** holidays or weekends. | $0.00 |
| 9am-5pm, Mon-Fri | 0.00 | **$100/hr** - Op. Time (Normal Hrs) - 1hr min | $0.00 |
| Before 9am, After 5pm | 0.00 | **$150/hr** - Operator Time - 1hr min | $0.00 |
| Holiday/Weekends | 0.00 | **$200/hr** - Operator Time - 1hr min | $0.00 |
| | 0.00 | **$35/hr** - Travel Time | $0.00 |
| Minimum Charge = 1 hr | 0.00 | **$65/hr** - Syncing | $0.00 |
| Minimum Charge = 1 hr | 0.00 | **$100/hr** - Video Editing | $0.00 |

### ADDITIONAL COPIES

| Comments | Total | Qty/set | Price per DVD (2hrs) | Fee |
|---|---|---|---|---|
| Priced per ea. 120 min. | 1.00 | 4 | $40.00 | $160.00 |

| | |
|---|---|
| **Sub Total** | $160.00 |

**NOTES**

### OTHER FEES

| | |
|---|---|
| Mileage (.50/mi.) | $0.00 |
| Parking | $0.00 |
| Postage | $4.90 |
| Expedite 10% | $0.00 |
| **Sub Total** | $4.90 |
| **GRAND TOTAL** | **$164.90** |

**Take One Productions** _____     **Date**   7/24/12

RECEIVED: _____
POSTED: _ 8-30-12
DATE PAID: 8/31/12
CHECK #: _ 8295

I.D. # 57 - 1055589

**Garber Reporting Service**
**Certified Court Reporters**
**Post Office Box 12348**
**Columbia, SC 29211**
**(803) 256-4500**
fax (803) 256-1999

Invoice No.   0000002034

Please show invoice number
on checks and correspondence

ROBERT F. GOINGS, ESQUIRE
COLLINS & LACY
1330 LADY STREET, SUITE 601
POST OFFICE BOX 12487
COLUMBIA, SOUTH CAROLINA 29211

Date:  9/12/2012

---

8/28/2012

JEFFREY M. THOMAS

FIRST SOUTH BANK VS FIFTH THIRD BANK, ET.AL.

DEPOSITION OF GINESPEREZ, III
   ONE COPY OF TRANSCRIPT | 596.70

   COMPRESSED TRANSCRIPT

   EXHIBIT COPIES | 78.40

Total Due: | 675.10

received
11/2/12

OK
WCC

Legal GL
#003-90160

Due & Payable upon receipt

W-9 requested



9410 Ginhouse Lane
Charlotte, NC 28277

704.543.7995
888-292-4528

Tax ID: 56-2076043

**Invoice    13250**

Joel Collins, Esq.
Collins & Lacy
1330 Lady Street, Sixth Floor
Post Office Box 12487
Columbia, SC 29211

 

**9/6/2011**

| Reporter |
|----------|
|          |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Fifth Third Bank v. Burton Creek, et al. | |
| Deposition of JAKE HELDER ta on 9/20/10 | |
| E-transcript only | 526.85 |
| RECEIVED: _____ POSTED: __ 10/05/11 __ DATE PAID: __ 3424 __ CHECK #: _____ | |
| 1500-100 | |
| **Thank you for choosing Lowrance Reporting Service.** | **TOTAL** **$526.85** |

**CAIN & CRANE COURT REPORTERS, LLC**
Post Office Box 23833
Charlotte, North Carolina 28227
Phone: 704/545-3510  *  Fax: 704/545-3950
Email:lcrane001@carolina.rr.com * cainandcrane@aol.com

Invoice No.: CC13-254
Date of Bill: 08.23.13

BILL TO:      JOEL W. COLLINS, ESQUIRE
              COLLINS AND LACY, PC
              1330 Lady Street, 6TH Floor
              Columbia, SC 29211
              803.256.2660
              jcollins@collinsandlacy.com

CAPTION:      FIRST SOUTH BANK v.
              FIFTH THIRD BANK, NA, et al.
CASE NO.:     7:10-2097-MGL
DEPO DATE:    08.08.13
REPORTER:     Tavi L. Fraga, RPR
TERMS:        Net 30 days

| DESCRIPTION | AMOUNT |
|---|---|
| Appearance Fee, Depositions of: | |
| Jeffrey Mylton and Alan Statman | $150.00 |
| Originals of depositions, 118 pages | 501.50 |
| Mylton, 74 pages * Whitcomb, 44 pages | |
| Copies of Exhibits | 4.00 |
| Two E-Transcripts | N/C |
| Delivery, UPS | 30.00 |
| * Includes separate shipping of Mylton original | |
| after reading and signing | |

| TOTAL DUE | $685.50 |
|---|---|

PAYMENT DUE BEFORE: 09.23.13
INCLUDE INVOICE NO. CC13-254 ON CHECK!!!!!
OUR TAX ID NUMBER IS: 56-2172848
MAKE PAYABLE TO CAIN & CRANE COURT REPORTERS, LLC

Interest will accrue at 18% per annum
This bill is issued on the credit of our client and may
not be transferred.

THANK YOU FOR YOUR BUSINESS!! FILE NO. 1500-100

received
9/26/13

W-9 requested

OK
wlw

AUG 28 2013
RECD. JWC BACl yib
COLLINS & LACY

# ORIGINAL INVOICE



**DEPOSITIONS**
*and...*
*Inc.*
Since 1976.

JOEL COLLINS, Esquire
COLLINS AND LACY
1330 LADY ST., 6TH FLOOR
P.O. BOX 12487
COLUMBIA, SC 29201

Invoice Number: 2  10861
Federal ID: 57-0628151
Invoice Date: 09/02/2013

---

### Terms: Payment Due Ten (10) Days After Invoice Date

**Office:** Anderson  **Date Taken:** 08/29/2013  **Order Number:**

**Case:** First South vs. Fifth Third

**Location:** Columbia, SC

| Service Provided | Pages/Quantity | Total |
|---|---|---|
| ATTORNEY COPY  **James Watson - expedited** | 41.00 | 184.50 |
| EXHIBITS | 25.00 | 3.75 |
| UPS/SHIPPING | 1.00 | 9.50 |
| **Invoice Total:** | | **$197.75** |

**COMMENTS:**
THANK YOU FOR THE OPPORTUNITY TO WORK WITH YOU ON THIS CASE!

RECEIVED:
POSTED: 9-10-13
DATE PAID: 9/20/13
CHECK #: 13167

FILE NO. 1500-100

SEP 0 4 2013
REC'D. JWUBACIUb
COLLINS & LACY

# ORIGINAL INVOICE



## DEPOSITIONS and Inc.

### Since 1976.

JOEL COLLINS, Esquire
COLLINS AND LACY
1330 LADY ST., 6TH FLOOR
P.O. BOX 12487
COLUMBIA, SC 29201

Invoice Number: 2   10795
Federal ID: 57-0628151
Invoice Date: 08/09/2013

---

**Terms: Payment Due Ten (10) Days After Invoice Date**

---

**Office:** Anderson      **Date Taken:** 08/07/2013      **Order Number:**

**Case:** First South Bank vs. Fifth Third Bank

**Location:** Columbia, SC

| Service Provided | Pages/Quantity | Total |
|---|---|---|
| ATTORNEY COPY  James S. Watson, Jr. - expedited | 255.00 | 714.00 |
| EXHIBITS | 35.00 | 5.25 |
| UPS/SHIPPING | 1.00 | 11.00 |
| **Invoice Total:** | | **$730.25** |

**COMMENTS:**
THANK YOU FOR THE OPPORTUNITY TO WORK WITH YOU ON THIS CASE!



received
9/26/13

101 Broadus Avenue • P.O. Box 10268 • Greenville, SC 29603
Phone (864) 235-3518 • Fax (864) 678-4986 • E-mail: ndvick@depositionsand.com

# ORIGINAL INVOICE



**DEPOSITIONS**
*and Inc.*

Since 1976.

JOEL COLLINS, Esquire
COLLINS AND LACY
1330 LADY ST., 6TH FLOOR
P.O. BOX 12487
COLUMBIA, SC 29201

Invoice Number: 2   10869
Federal ID: 57-0628151
Invoice Date: 09/05/2013

---

**Terms: Payment Due Ten (10) Days After Invoice Date**

---

**Office:** Anderson        **Date Taken:** 09/04/2013        **Order Number:**

**Case:** First South vs. Fifth Third

**Location:** Columbia, SC

| Service Provided | Pages/Quantity | Total |
|---|---|---|
| ATTORNEY COPY  Donald W. Tyler - expedited | 192.00 | 643.20 |
| EXHIBITS | 11.00 | 1.65 |
| UPS/SHIPPING | 1.00 | 9.50 |
| **Invoice Total:** | | **$654.35** |

**COMMENTS:**
THANK YOU FOR THE OPPORTUNITY TO WORK WITH YOU ON THIS CASE!

OK
wcc

received
9/26/13

101 Broadus Avenue • P.O. Box 10268 • Greenville, SC 29603
Phone (864) 235-3518 • Fax (864) 678-4986 • E-mail: ndvick@depositionsand.com

# Verbatim, Inc.

**Invoice**

Post Office Box 7123
Columbia, SC 29202
803.787.7242 (office)  866.800.7473 (fax)

| Date | Invoice # |
|------|-----------|
| 8/14/2013 | 13/1706/jbe |

**Bill To**

Robert F. Goings, Esquire
Goings Law Firm, LLC
914 Richland Street, Suite A-101
Columbia, South Carolina 29201

| Description | Amount |
|-------------|--------|
| First South Bank vs Fifth Third Bank, N.A., Doing Business as Fifth Third Bank and Formerly Known as and Successor in Interest of First Charter Bank and First Charter Corporation, First Charter Bank and First Charter Corporation, C/A NO. 7:10-2097-MGL | |
| Appearance Fee - 7 hours | 200.00 |
| Deposition of Donald Brown   August 1, 2013 | |
| Original & One Copy | 1,519.84 |
| 2-Day Delivery | |
| Complimentary Condensed/Word Index | |
| Real Legal Electronic Transcript | 0.00 |
| Exhibits - Black and White Copies | 0.00 |
| Read and Sign Package (Electronically Delivered) | 16.10 |
| | 10.00 |
| Free Local Delivery | |
| | 0.00 |

_Paid KG 8/14/13_

Federal Tax ID #:20-1869575
A Monthly rebilling fee will be added to all accounts past 30 days.

| **Total** | $1,745.94 |
|-----------|-----------|

# Invoice



## Verbatim, Inc.

Post Office Box 7123
Columbia, SC 29202
803.787.7242 (office)  866.800.7473 (fax)

| Date | Invoice # |
| --- | --- |
| 9/13/2013 | 13/1730/jbe |

**Bill To**

Robert F. Goings, Esquire
Goings Law Firm, LLC
914 Richland Street, Suite A-101
Columbia, South Carolina 29201

Paid
KG
9/26/13

| Description | Amount |
| --- | --- |
| First South Bank | |
| vs | |
| Fifth Third Bank, N.A., Doing Business | |
| as Fifth Third Bank and Formerly | |
| Known as and Successor in Interest | |
| of First Charter Bank and First Charter | |
| Corporation, First Charter Bank and First | |
| Charter Corporation, | |
| C/A NO. 7:10-2097-MGL | |
| | |
| Appearance Fee - 1 hour or less | 50.00 |
| | |
| Deposition of Don Brown  July 9, 2013 | |
| ** Deposition was called off at the last minute because | |
| the opposing attorney had plane problems and | |
| could not make it.  Mr. Goings said to charge an | |
| appearance fee for Jill. | |

Federal Tax ID #:20-1869575
A Monthly rebilling fee will be added to all accounts past 30 days.

| **Total** | $50.00 |
| --- | --- |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 13117 | 8/5/2013 | 5491 |

| Job Date | Case No. | |
|---|---|---|
| 7/26/2013 | 7:10-CV-2097-MGL | |

| Case Name | | |
|---|---|---|
| First South Bank v. Fifth Third Bank, N.A., et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Robert F. Goings
Goings Law Firm
P.O. Box 436
Columbia SC 29202

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Tom Steele | | 131.00 Pages | @ | 2.75 | 360.25 |
| Exhibit | | | | 20.00 | 20.00 |
| | | | **TOTAL DUE >>>** | | **$380.25** |

A monthly service charge of 1 1/2% will be applied to this invoice after 30 days.  This is an annual rate of 18%.
We are unable to accept credit cards at this time.
Please contact our billing office at 919-859-6015 x205 if you have questions about your invoice.

*paid*
*KG*
*8/5/13*

Tax ID: 26-0032215

Phone:     Fax:

*Please detach bottom portion and return with payment.*

Robert F. Goings
Goings Law Firm
P.O. Box 436
Columbia SC 29202

| | | |
|---|---|---|
| Invoice No. | : | 13117 |
| Invoice Date | : | 8/5/2013 |
| **Total Due** | : | **$380.25** |

Remit To:  **Pace Reporting Service, Inc.**
**P.O. Box 252**
**Cary NC  27512**

| | | |
|---|---|---|
| Job No. | : | 5491 |
| BU ID | : | 1-MAIN |
| Case No. | : | 7:10-CV-2097-MGL |
| Case Name | : | First South Bank v. Fifth Third Bank, N.A., et al. |

# ORIGINAL INVOICE



## DEPOSITIONS
### and...
### Inc.
Since 1976.

ROBERT F. GOINGS, Esquire
GOINGS LAW FIRM
914 Richland Street
Columbia, SC 29201

Invoice Number: 2  10769

Federal ID: 57-0628151

Invoice Date: 07/31/2013

---

**Terms: Payment Due Ten (10) Days After Invoice Date**

---

**Office:** Anderson                **Date Taken:** 07/25/2013                **Order Number:**

**Case:** First South Bank vs. Fifth Third Bank

**Location:** Columbia, SC

| Service Provided | Pages/Quantity | Total |
|---|---|---|
| ATTORNEY COPY  Wayne Lovelace | 46.00 | 103.50 |
| ATTORNEY COPY  Larry Harper | 143.00 | 321.75 |
| EXHIBITS  Larry Harper | 20.00 | 3.00 |
| UPS/SHIPPING | 1.00 | 12.00 |

**COMMENTS:**                                                    **Invoice Total:** **$440.25**

THANK YOU FOR THE OPPORTUNITY TO WORK WITH YOU ON THIS CASE!

Paid
KG
8-2-13

---



*Geri Halma Court Reporting Inc.*

September 30, 2013

Joel W. Collins, Esq.
Post Office Box 12487
Columbia, SC 29211

Dear Mr. Collins,

Please be reminded of your outstanding balance consisting of:

| Inv. No. | Inv. Date | Due Date | Inv. Amount | Balance |
|----------|-----------|----------|-------------|---------|
| 13-158 | 08/09/2013 | 08/09/2013 | $306.50 | $306.50 |

Backup documentation is enclosed. If you have any questions about the amount you owe, please give us a call, and we'll be happy to discuss it. If you've already sent payment, please disregard this reminder. We appreciate your continuing business and we look forward to hearing from you shortly.

Sincerely,

*Geri Halma*

Geri Halma
Registered Professional Reporter

FILE NO. 1500-100

OCT 0 3 2013

REC'D. JWC/BAC/Jab
COLLINS & LACY

*Geri Halma Court Reporting, Inc.*

P O Box 611
Newton, NC 28658-0611
1-800-445-0388

| Phone: | Fax: | E-mail |
|--------|------|--------|
| 828-465-0928 | 828-466-1471 | ghcr@halmadepos.com |

# Invoice

Bill To:

Robert F. Goings  Esq.
(Goings Law Firm)
Post Office Box 436
Columbia, South Carolina  29202

| Date | Invoice # |
|------|-----------|
| 7/31/2013 | 13-152 |

| TAX I.D. NO | 56-2172141 |
|-------------|------------|

| Job Date | Case Caption | Case Number | Description | Amount |
|----------|--------------|-------------|-------------|--------|
| 7/29/2020 | First South v Fifth Third | 7:10-2097-MGL | Appearance to take the depositions of Olan C. Henderson and Tracy E. Barger | 75.00 |
| | | | Original and one copy (EXPEDITED) | 347.80 |
| | | | Postage and Delivery | 8.00 |
| | | | Copy of exhibits | 2.75 |

Paid
KG
8/2/13

*It's been a pleasure working with you!*

| **Total** | **$433.55** |
|-----------|-------------|



# Invoice

| Date | Invoice # |
| --- | --- |
| 7/28/2013 | 13/1690/jbe |

Post Office Box 7123
Columbia, SC 29202
803.787.7242 (office)  866.800.7473 (fax)

**Bill To**

Robert F. Goings, Esquire
Goings Law Firm, LLC
914 Richland Street, Suite A-101
Columbia, South Carolina 29201

| Description | Amount |
| --- | --- |
| First South Bank vs Fifth Third Bank, N.A., Doing Business as Fifth Third Bank and Formerly Known as and Successor in Interest of First Charter Bank and First Charter Corporation, First Charter Bank and First Charter Corporation, C/A NO. 7:10-2097-MGL | |
| Appearance Fee - 5 hours | 150.00 |
| Deposition of Robert James   July 24, 2013 | |
| Original & One Copy 2-Day Delivery | 1,139.88 |
| Complimentary Condensed/Word Index | 0.00 |
| Real Legal Electronic Transcript | 0.00 |
| Exhibits - Black and White Copies | 51.80 |
| Read and Sign Package (Printed) | 26.55 |
| Free Local Delivery | 0.00 |

*Paid KG 7/29/13* (handwritten)

Federal Tax ID #:20-1869575
A Monthly rebilling fee will be added to all accounts past 30 days.

| **Total** | $1,368.23 |
| --- | --- |

# I N D I G

*Paid Katie 8/1/13*

To:    Robert F. Goings
       GOINGS LAW FIRM, LLC
       914 Richland St, Suite A-101
       Columbia SC 29201
       Telephone: 803/350-9230    rgoings@goingslawfirm.com

**Shipped 7/31/13 via USPS Priority Mail, #9405 5036 9930 0011 6833 90**

Invoice #:      2370
Tax ID #:       56-1874106
Deponents:      **Robert James**
                ***FIRST SOUTH BANK, Plaintiff vs. FIFTH THIRD BANK, N.A.,et al***
Date:           July 24, 2013
                Charlotte, NC

## PRODUCTION INVOICE

| | | |
|---|---|---|
| 1. **JAMES** deposition video | | |
| 10:00 am - 12:00 pm | First two hours + setup | $ 300.00 |
| 12:00 pm - 2:00 pm | 2 hrs x $85/hr | $ 170.00 |
| 2. Digital video transcript (sync) | 3.5 hr dep x $100/video hr | $ 350.00 |
| 3. Videotape | 4 tapes x $5/tape | $ 20.00 |
| 4. Shipping | | $ 10.00 |

**TOTAL:  $ 850.00**

Thank you!

*Terry Losardo*
Terry Losardo
Legal Videographer

**Due upon receipt.  Please make check payable to: Indigo Productions, Inc.**

A service charge of 1.5% per month or 18% APR will be added to overdue invoices.
Also liable for all Legal and Collection fees.

**INDIGO PRODUCTIONS, INC.**
**indigotv@carolina.rr.com**

10927 BACK RIDGE RD            PHONE  704•575•2331
CHARLOTTE, NC 28277            FAX    704•541•6083

Debra Duran & Associates
P.O. Box 30823
Palm Beach Gardens, FL  33420
Tax ID:  32-0257192

Phone: (561) 313-8000
Fax: (561) 820-4857



*paid*
*KG*
*7/29/13*

debradúran@debraduran-associates.com
www.debraduran-associates.com

Bill To:

Goings Law Firm
Robert F. Goldings, Esq
914 Richland Street, Suite A-101
Columbia, SC 29201

| | |
|---|---|
| **Invoice No.:** | **TL   5330** |
| Invoice Date: | 7/22/2013 |
| Job Date: | 7/18/2013 |
| Re: | First South v. Fifth Third |

| Item | Description | Pgs/Qty | Rate | Amount |
|---|---|---|---|---|
| Per Diem | Appearing for the Deposition of: Michael McAvoy | 1 | 115.00 | 115.00 |
| Time | 9:00 a.m. - 11:00 a.m. | | | 0.00 |
| O+1 4/6 Exp. Depo | Providing the 4/7 Expedited Original & 1 Certified Copy | 91 | 6.90 | 627.90 |
| Exhibits | Black & White | 5 | 0.20 | 1.00 |
| CD | Exhibit | | 10.00 | 10.00 |
| Litigation Support Package | ASCII & Electronic Files, Mini/Condensed Transcript, Index & CD | | 25.00 | 25.00 |
| Shipping/Handling | | | 10.00 | 10.00 |

Thank you for your business!

**Due Date: Upon Receipt**

We do accept credit cards
Interest on past due accounts shall be charged at 1.5% per month.
Client agrees to pay all costs of collection.
PAYMENT NOT CONTINGENT UPON CLIENT REIMBURSEMENT.
By using a check for payment, you agree to the following terms:
In the event your check is dishonored or returned for any reason, you
authorize us to electronically (or by paper draft) re-present the check to your
bank account for collection of the amount of the check, plus any applicable

| | |
|---|---|
| **Total** | $788.90 |
| **Payments** | $0.00 |
| **Balance Due** | $788.90 |

# $\mathcal{V}$erbatim, $\mathcal{I}$nc.

# Invoice

| Date | Invoice # |
| --- | --- |
| 7/21/2013 | 13/1680/ws |

Post Office Box 7123
Columbia, SC 29202
803.787.7242 (office)  866.800.7473 (fax)

| Bill To |
| --- |
| Robert F. Goings, Esquire<br>Goings Law Firm, LLC<br>914 Richland Street, Suite A-101<br>Columbia, South Carolina 29201 |

| Description | Amount |
| --- | --- |
| First South Bank<br>vs<br>Fifth Third Bank, N.A., Doing Business<br>as Fifth Third Bank and Formerly<br>Known as and Successor in Interest<br>of First Charter Bank and First Charter<br>Corporation, First Charter Bank and First<br>Charter Corporation,<br>C/A NO. 7:10-2097-MGL | |
| Appearance Fee - 8 hours | 225.00 |
| Deposition of Kimberly Stamey   July 15, 2013 | |
| Original and One Copy<br>4-Day Delivery | 1,235.04 |
| Complimentary Condensed/Word Index | 0.00 |
| Real Legal Electronic Transcript | 0.00 |
| Exhibits - Black and White Copies | 38.85 |
| Read and Sign Package (Electronically Delivered) | 10.00 |
| Free Local Delivery | 0.00 |

*Paid*
*#G*
*7/23/13*

Federal Tax ID #:20-1869575
A Monthly rebilling fee will be added to all accounts past 30 days.

| **Total** | $1,508.89 |

# fOCus

**Focus Solutions LLC**
Po Box 38157
Rock Hill, SC 29732
ph 704-608-8707 -
info@focus-video.net

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2013 | 10711 |

| Tax ID 27-3469376 | |

### BILL TO

Going Law Firm
Robert F Goings
914 Richard St ste a-101
Columbia, SC 29201

*Paid*
*KG*
*8/5/13*

| TERMS | DUE DATE | REP | SHIP DATE | SHIP VIA |
|-------|----------|-----|-----------|----------|
| Due on receipt | 7/31/2013 | SFS | 7/31/2013 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Video Deposition taken on 7/15/13<br>Kimberly Stamey<br>First South<br>v<br>Fifth Third et al<br>case#7:10 cv 02097 TMC<br>(0-2 hrs 300) | | 300.00 | 300.00 |
| Beyond two hours is 125.00 per hour. | 2.75 | 125.00 | 343.75 |
| DVD synchronized to the transcript | 2 | 175.00 | 350.00 |
| Shipping | | 20.00 | 20.00 |
| Cancellation Fee After Setup - scheduled 1:00 depo 8/1/31<br>First South<br>v<br>Fifth Third et al<br>cas# 7:10 cv 02097 TMC | | 300.00 | 300.00 |

Thank you for your business.

| **Total** | **$1,313.75** |



# Invoice

| Date | Invoice # |
|------|-----------|
| 7/10/2013 | 13/1663/jbe |

Post Office Box 7123
Columbia, SC  29202
803.787.7242 (office)  866.800.7473 (fax)

| Bill To |
|---------|
| Robert F. Goings, Esquire |
| Goings Law Firm, LLC |
| 914 Richland Street, Suite A-101 |
| Columbia, South Carolina 29201 |



| Description | Amount |
|-------------|--------|
| First South Bank | |
| vs | |
| Fifth Third Bank, N.A., Doing Business | |
| as Fifth Third Bank and Formerly | |
| Known as and Successor in Interest | |
| of First Charter Bank and First Charter | |
| Corporation, First Charter Bank and First | |
| Charter Corporation, | |
| C/A NO. 7:10-2097-MGL | |
| | |
| Appearance Fee - 8 hours | 225.00 |
| | |
| Deposition of Jesse Milliken   June 26, 2013 | |
| | |
| Original & One Copy | 954.60 |
| Complimentary Condensed/Word Index | 0.00 |
| Real Legal Electronic Transcript | 0.00 |
| Exhibits - Black and White Copies | 36.05 |
| Read and Sign Package (Printed) | 38.70 |
| | |
| Free Local Delivery | 0.00 |

| Federal Tax ID #:20-1869575 | **Total** | $1,254.35 |
|------------------------------|-----------|-----------|
| A Monthly rebilling fee will be added to all accounts past 30 days. | | |

# Verbatim, Inc.

Post Office Box 7123
Columbia, SC 29202
803.787.7242 (office)  866.800.7473 (fax)

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2013 | 13/1658/ws |

**Bill To**

Robert F. Goings, Esquire
Goings Law Firm, LLC
914 Richland Street, Suite A-101
Columbia, South Carolina 29201

| Description | Amount |
|-------------|--------|
| First South Bank | |
| vs | |
| Fifth Third Bank, N.A., Doing Business | |
| as Fifth Third Bank and Formerly | |
| Known as and Successor in Interest | |
| of First Charter Bank and First Charter | |
| Corporation, First Charter Bank and First | |
| Charter Corporation, | |
| C/A NO. 7:10-2097-MGL | |
| | |
| Appearance Fee - 3 hours | 100.00 |
| | |
| Deposition of George Gruber   June 28, 2013 | |
| | |
| Original and One Copy | 458.15 |
| Technical or Expert Testimony | |
| 8-10 day Delivery | |
| Complimentary Condensed/Word Index | 0.00 |
| Exhibits - Black and White Copies | 18.20 |
| Real Legal Electronic Transcript | 0.00 |
| Read and Sign Package (Electronically Delivered) | 10.00 |
| | |
| Free Local Delivery | 0.00 |

*Paid KG 7/9/13*

Federal Tax ID #:20-1869575
A Monthly rebilling fee will be added to all accounts past 30 days.

**Total**  $586.35



**9410 Ginhouse Lane**
**Charlotte, NC 28277**

**704.543.7995**
**888-292-4528**

**Tax ID: 56-2076043**

**Invoice     15440**

Joel Collins, Esq.
Collins & Lacy
1330 Lady Street, Sixth Floor
Columbia, SC 29211

 

**9/18/2013**

| Reporter |
|----------|
| JAL |

| DESCRIPTION | AMOUNT |
|---|---|
| First South Bank v. Fifth Third Bank, et al. deposition taken in Monroe, NC on 9/18/13<br><br>DEPOSITION OF CARLTON TYSON<br>One Copy of Transcript - Expedited - with Condensed Copy and Word Index | 119.00 |
| **Thank you for allowing Lowrance Reporting Service to serve you.** | **TOTAL**    $119.00 |



# Legal Eye Video

Bruce J. Weekly, CLVS
d/b/a Legal Eye Video
P.O. Box 5501
Charlotte, North Carolina  28299
(704) 488-1222   Fax: (704) 377-9560
bruce@legaleyevideo.com

TO:   Joel W. Collins, Jr., Esq.          Invoice #13116
      Collins & Lacy, P.C.               September 18, 2013
      P.O. Box 12487
      Columbia, SC  29211
      Phone        (803) 256-2660
      Fax          (803) 771-4484

VIDEO DEPOSITION DATE:  September 18, 2013
WITNESS: **Carlton L. Tyson**
CASE:  First South Bank  v.  Fifth Third Bank, NA, et al.     Case # 7:10-2097-MGL
VIDEOTAPE/S: DVD
RATE: Regular
JOB: Videotaped Deposition

## FEES & SERVICES

| | | |
|---|---|---|
| Fee:  (Minimum $275.00 – Includes setup and first two hours) | = | N/A |
| Additional Deposition Time:  ^ hour/s x $95 | = | N/A |
| Scheduled Start Time:  ^ pm     End time  ^ pm | | |
| Total Time   = Minimum | | |
| Supplies: | = | N/A |
| Sale Copy:  DVD                     ( ) | = | $ 35.00 |
| Post-Production & Editing: Video Editing      ( ^ Hr/s) | = | N/A |
| Travel:  1 hour travel from Charlotte included in minimum/setup. | = | N/A |
|   Additional  travel time @ $35 per hour x  ^ hr/s. | = | N/A |
| Shipping: (USPS Overnight, Hand-Delivery/Courier, FedEx Overnight) | = | $ 15.00 |

**TOTAL AMOUNT DUE  "LEGAL EYE VIDEO"**     >>>>>>     =   **$ 50.00**

Thank you for your business



# Invoice

| Date | Invoice # |
|------|-----------|
| 3/21/2012 | 12/1301/lbr |

Post Office Box 7123
Columbia, SC  29202
803.787.7242 (office) 800.7473 (fax)

**PAID**

| Bill To |
|---------|
| Robert F. Goings, Esquire |
| Goings Law Firm, LLC |
| 914 Richland Street, Suite A-101 |
| Columbia, South Carolina 29201 |

| Description | Amount |
|-------------|--------|
| First South Bank | |
| vs | |
| Fifth Third Bank, NA, Doing Business as | |
| Fifth Third Bank and Formerly Known as | |
| and Successor in Interest of First Charter | |
| Bank and First Charter Corporation, | |
| First Charter Bank and First Charter Corporation | |
| Civil Action No. 7:10-2097-TMC | |
| | |
| Appearance Fee - 3 hours | 100.00 |
| | |
| Deposition of James R. Duncan  (Part 1) | |
| January 25, 2012 Law Offices of McQuire Woods | |
| 201 North Tryon | |
| Charlotte, North Carolina | |
| | |
| Original & One Copy | 366.30 |
| Complimentary Condensed/Word Index | 0.00 |
| Exhibits - Black and White Copies | 16.80 |
| Real Legal Electronic Transcript | 0.00 |
| | |
| Free Local Delivery | 0.00 |

| Federal Tax ID #:20-1869575 | **Total** | $483.10 |
|---|---|---|
| A Monthly rebilling fee will be added to all accounts past 30 days. | | |