

## Collins Lacy
ATTORNEYS AT LAW

**Check Request**

Date: 8/28/13    File No.: 1500-100

Payee: AIM Mail Center    Amount: $142.15

Description: Jury Questionnaires

Submitted by: Joel Collins

Posted: _____

Date Pd: 8/28/13

Check No.: _____



CALDWELL HELDER HELMS & ROBISON, P.A.
P.O. DRAWER 99
MONROE, NC 28111-0099

September 30, 2011

Invoice# 32161     RKH
Our file# 104704    000020
Billing through 09/30/2011

Joel W. Collins, Jr.
Collins & Lacy
1330 Lady Street, Sixth Floor
Columbia, SC 29201

RECEIVED:_____
POSTED: 10-26-11
DATE PAID: 10/26/11
CHECK #: 3796

*First South Bank vs Fifth Third Bank, N.A., et al*

EXPENSES
09/30/2011    Copies of files pertaining to Burton Creek Development, LLC         138.80

                                                                                 $138.80

Billing Summary
Total expenses incurred                           $138.80
                                                 ----------
Total of new charges for this invoice             $138.80
                                                 ----------

**Total balance now due**                         $138.80


**BALANCE DUE UPON RECEIPT - Any outstanding balance past due 30 days will accrue interest at the rate of 18% per annum.**

FILE NO. 1500-100

OCT 03 2011
REC'D. JWC/BKC/Rea
COLLINS & LACY



Invoice Number: 428940
Account Number: 3557
P.O. Number: S BANK EXHIBITS
Per: KATIE
Cont Phone: 803.350.9230
Friday September 13, 2013

Delivered to:
2609 Devine Street
Suite #5
Will Cutler  09/13/2013

ATTN: ACCOUNTS PAYABLE
GOINGS LAW FIRM
PO BOX 436
194 RICHLAND STREET SUITE A-101
COLUMBIA, SC 29202

| Item | Description | Quantity | Price |
|---|---|---|---|
| 1 | RUN FROM DISK/FIRST SOUTH BANK V FIFTH THIRD BANK/PLAINTIFF'S TRIAL EXHIBIT/3HP/89 (2#(59 TABS)(DRILLED)+ 89 (2#59COLOR EXHIBITS)/2 D-RING CLEARVIEW NOTEBOOKS | 1 each of 638 | 354.99 |

Subtotal For All Items    354.99
Sales Tax    28.40
Shipping - Deliver    0.00
Subtotal For Invoice    383.39
Invoice Total    $383.39

Received By: Katie Oxfeld  Paid
KG 9/16/13

**REMIT PAYMENT TO:**
P. COX ENTERPRISES, INC.
1114 WASHINGTON STREET
COLUMBIA, SC 29201-3215

PHONE    (803) 252-6310
FAX    (803) 252-6242

THANK YOU FOR CHOOSING FRANKLIN'S! WE APPRECIATE YOUR BUSINESS.

| Current | Over 30 | Over 60 | Over 90 | Balance |
|---|---|---|---|---|
| 383.39 | 0.00 | 0.00 | 0.00 | 383.39 |



**Printing • Digital Imaging   Copying**

Invoice Number: 428847  
Account Number: 3557  
P.O. Number: FIRST BANK V 5TH  
Per: KATIE  
Cont Phone: (803) 350-9230  
Tuesday August 13, 2013

ATTN: ACCOUNTS PAYABLE  
GOINGS LAW FIRM  
PO BOX 436  
194 RICHLAND STREET SUITE A-101  
COLUMBIA, SC 29202

| Item | Description | Quantity | Price |
|---|---|---|---|
| 1 | RUN FROM DISK/FIRST SOUTH BANK V FIFTH THIRD BANK/PLAINTIFF'S RESPONSE TO SUMMARY JUDGEMENT/3HP/66 TABS(DRILLED)/2 D-RING CLEARVIES NOTEBOOKS | 2 each of 1050 | 280.92 |

|  |  |
|---|---|
| Subtotal For All Items | 280.92 |
| Sales Tax | 22.47 |
| Shipping - Deliver | 0.00 |
| Subtotal For Invoice | 303.39 |
| Invoice Total | $303.39 |

Received By: _KatieGould_

**REMIT PAYMENT TO:**

P. COX ENTERPRISES, INC.  
1114 WASHINGTON STREET  
COLUMBIA, SC 29201-3215

PHONE   (803) 252-6310  
FAX     (803) 252-6242

THANK YOU FOR CHOOSING FRANKLIN'S! WE APPRECIATE YOUR BUSINESS.

| Current | Over 30 | Over 60 | Over 90 | Balance |
|---|---|---|---|---|
| 303.39 | 0.00 | 0.00 | 0.00 | 303.39 |



# Invoice

| Date | Invoice # |
|---|---|
| 9/16/2013 | 4083593 |

**Bill To**
GOING LAW FIRM
914 RICHLAND STREET
SUITE A-101
COLUMBIA, SC 29201

**Ship To**
GOING LAW FIRM
914 RICHLAND STREET
SUITE A-101
COLUMBIA, SC 29201

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|---|---|---|---|---|---|
| 45647 | FIRST SOUTH V FIFTH THIRD | ROBERT G. | Net 30 | 10/16/2013 | 9-12 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| COLOR FOAM CORE    24 X 36 | 9 | 40.00 | 360.00T |
| B/W FOAM CORE    24 X 36 | 1 | 20.00 | 20.00T |
| DRY ERASE LAMINATE 24 X 36 | 10 | 28.00 | 280.00T |

*paid KG 9/16/13*

Remit Payment To:
Nova Office Strategies, Inc.
129 West Trade Street
Suite 1420
Charlotte, NC 28202-5314

Contact Us at
Phone #   704.347.0055
Fax #   704.347.3421
www.novaoffice.net

**Subtotal** $660.00
**Sales Tax (0.0%)** $0.00
**Total** $660.00

Federal Tax ID# 56-2120639