LAW OFFICES
# ROBERT M. ERWIN, JR.
305 Main Street
Greenwood, South Carolina 29646
Telephone (864) 229-5010
Toll Free Telephone (800) 880-5010
FACSIMILE (864) 229-2665

January 24, 2011

Joel W. Collins, Jr.
Collins and Lacy
P.O. Box 12487
Columbia, SC 29211

Stephen Allred
Bank of America Corp. Center
100 North Tryon st., Suite 2900
Charlotte, NC 28292

Re: First South Bank vs. Fifth Third Bank, N.A., d/b/a Fifth Third Bank, et al

| FEES AND EXPENSES | | |
|---|---|---|
| 12/22/10 | Review of complaint, motion to change venue, affidavits, etc., preparation of mediation agreement (1.2 hours X $325.00/hour) | $390.00 |
| 1/2/11 | Telephone conference with Attorney Allred concerning details of claim, process, etc., review and outline of submittals (.8 hour X $325.00/hour) | $260.00 |
| 1/14/11 | Review and outline of submittals (.9 hour X $325.00/hour) | $292.50 |
| 1/17/11 | Telephone conference with Attorney Collins concerning details of claim (.3 hour X $325.00/hour) | $97.50 |
| 1/19/11 | Completing review and outline of submittals (.4 hour X $325.00/hour) | $130.00 |
| 1/20/11 | Conduct of mediation (one-half of travel time) (8.0 hours X $325.00/hour) | $2,600.00 |
| | Meal expense | $154.92 |
| | Mileage expense (170 miles @ .50 per mile) | $85.00 |

W-9 attached

|  | Telephone expense | $5.25 |
|---|---|---|
|  | Photocopying expense | $7.75 |
|  | **TOTAL FEES AND EXPENSES** | $4,022.92 |

**TOTAL DUE BY EACH PARTY:** $2,011.46

Please remit to: Robert M. Erwin, Jr.
Social Security Number: 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
305 Main Street
Greenwood, SC 29646

Legal Oil #
Rew
00390160

**PLEASE RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT**