Capitol City Investigations & Process Services, LLC

1312 Old Cherokee Road
Lexington, SC 29072

# Invoice

| Date | Invoice # |
|---|---|
| 9/11/2013 | 1419 |

| Bill To |
|---|
| COLLINS & LACY, P.C.<br>1330 LADY STREET<br>SIXTH FLOOR<br>COLUMBIA, SC 29211 |

| Docket orCase # | Terms | Rep | Date Received | Date Served | Service Rendered |
|---|---|---|---|---|---|
| 7:10-2097-MGL | Net 30 | CE | 9/10/2013 | 09/10/2013 | Process Serve |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Service | Served Transmittal Letter, Subpoena in a Civil Case and Witness Fee/Mileage Check in the amount of $137.18 on Brenda S. Cobb at 26 Underwood Avenue Great Falls, SC 29055 | 75.00 | 75.00 |
| 1 | Service | Rush Service<br><br>Case#7:10-2097-MGL<br>File#001500-00100 | 50.00 | 50.00 |

Thank you for your business.

**Total** $125.00

# Professional Private Investigations

*Crystal Griffin*
*P.O. Box 1841*
*Lincolnton, NC 28093*

Phone (704)313.8594

# INVOICE

INVOICE #07092013110
DATE: 7/9/2013

TO:
GOINGS LAW FIRM, LLC
914 Richland Street
Suite A-101
Columbia, SC 29201

FOR:
Delivery to Tracey E. Barger
Delivery to Olan C. Henderon

| DESCRIPTION | QTY/HOURS | PRICE/RATE | AMOUNT |
|---|---|---|---|
| Professional Private Investigations (deliveries) | 2 | 65.00 | 130.00 |
| Attempt(s) | 3 | N/A | N/A |
| Mileage | 27.4 | 00.55 | 15.07 |
| other/postage (SD Card) | N/A | N/A | N/A |
| | | TOTAL | 145.07 |

Immediately

Paid K.D. 7/01/13

Make all checks payable to Professional Private Investigations
Total due in 10 days from time the case is completed. Overdue accounts subject to a service charge of 10xwwww% per week.

THANK YOU FOR YOUR BUSINESS!